

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher J. Reichman individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>V.<br><br>Poshmark, Inc. a Delaware Corporation<br><br>Defendant. | Civil Action No.   16cv2359-DMS-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion for summary judgment.

Date:   5/15/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Finnell-Yepez
A. Finnell-Yepez, Deputy