Law Offices of David C. Beavans, APC
David C. Beavans, Esq. (SBN #259424)
Christine D. Gilbert, Esq. (SBN #272834)
7675 Dagget Street
Suite 140
San Diego, CA 92111
(619) 234-7848
(619) 234-7849 fax

Attorneys for Class and Named Plaintiff
CHRISTOPHER J. REICHMAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. REICHMAN, individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br>vs.<br><br>POSHMARK, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:16-cv-02359-DMS-JLB<br><br>**PLAINTIFF REICHMAN'S NOTICE OF APPEAL FROM JUDGMENT OF THE UNITED STATES FEDERAL DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA** |

### Notice of Appeal

Notice is hereby given that Christopher J. Reichman, on behalf of himself and on behalf of all others similarly situated as representative of the class, in the above named case Reichman v. Poshmark, hereby appeal to the United States Court of Appeals for the 9th Circuit from the final judgment of the United States Federal District Court, Southern District of California entered in this action

on the 15 day of May, 2017 which granted the Defendant Poshmark Inc.' motion for summary judgment. No class was yet certified in this case.

Dated:        June 9, 2017            Respectfully submitted,

Law Offices of David C. Beavans, APC

/s/ David C. Beavans
David C. Beavans, Esq.
Attorney for Christopher J. Reichman, individually and on Behalf of All Others Similarly Situated
Email: dbeavans@thesdlawyers.com

/s/ Christine D. Gilbert
Christine D. Gilbert, Esq.
Attorney for Christopher J. Reichman, individually and on Behalf of All Others Similarly Situated
Email: ChristineD@TheSDlawyers.com