

FILED

OCT 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER J. REICHMAN, individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> POSHMARK, INC., a Delaware corporation, <br><br> Defendant-Appellee. | No.   17-55826 <br><br> D.C. No. 3:16-cv-02359-DMS-JLB Southern District of California, San Diego <br><br> ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 8), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation